# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __15-1738__ as

☐ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: __Arlene A. Smith-Scott, Esq.__

__Appellant, Arlene A. Smith-Scott__ as the
(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

__/s/ Arlene A. Smith-Scott, Esq.__
(signature)

__Arlene A. Smith-Scott, Esq.__          __240-280-2370__
Name (printed or typed)                  Voice Phone

__Strategic Law Group, LLC,__            __240-280-2381__
Firm Name (if applicable)                Fax Number

__367 Main Street__

__Laurel, Maryland 20707__               __StrategicLaw1@Gmail.com__
Address                                  E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __August 3, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Gary Adler<br>Clark Hill, PLC<br>601 Pennsylvania Avenue, NW<br>Suite #1000, North Bldg<br>Washington, DC 20004 | Orbie R. Shively<br>Liebmann & Shively, P.A.<br>8 West Hamilton Street<br>Baltimore, Maryland 21201 |

__/s/ Arlene A. Smith-Scott, Esq.__                __August 3, 2015__
Signature                                          Date

05/07/2014
SCC