## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 17, 2015

_____

### DOCKET CORRECTION NOTICE
_____

No.    15-1738,        Arlene Smith-Scott v. U.S. National Bank Association
                       1:14-cv-01157-JFM

TO:    Arlene A. Smith-Scott

BRIEF AND APPENDIX CORRECTION DUE:  August 27, 2015

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** and **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief and appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

**[ X] See Checklist:** Please make corrections identified on attached Brief & Appendix Requirements checklist.

- No joint appendix was filed

- Exhibits listed and referenced to in the brief must be contained in the joint appendix; All references, including to the district court docket, must be made directly to the documents contained in the joint appendix

-The joint appendix is filed in electronic and paper form

-The opening brief must be filed as a text searchable pdf


Jeffrey S. Neal, Deputy Clerk
804-916-2729