FILED: September 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1738

(1:14-cv-01157-JFM)

_____

ARLENE A. SMITH-SCOTT

        Plaintiff - Appellant

and

TRUSTEE GEORGE W. LIEBMANN

        Plaintiff

v.

U.S. NATIONAL BANK ASSOCIATION, As Indenture Trustee For Waterfall Victoria Mortgage Trust 2011-SBC3; COHEN FINANCIAL SERVICES, LLC

        Defendants - Appellees

and

BRADLEY J. SWALLOW

        Defendant

_____

O R D E R

_____

The court suspends briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk